# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3140
_____

Brandi Michele Johnson,

*Plaintiff - Appellant*,

v.

Carolyn W. Colvin, Acting Commissioner, Social Security Administration,

*Defendant - Appellee*.
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: September 11, 2014
Filed: September 16, 2014
[Unpublished]
_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Brandi Michele Johnson appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. The sole issue Johnson raises on appeal provides no basis for reversal, *see Hill v. Colvin*, 753 F.3d 798, 800 (8th Cir. 2014) (de novo review), because Johnson's argument is foreclosed by *Anderson v. Barnhart*, 344 F.3d 809 (8th Cir. 2003). In *Anderson*, this court held that a claimant had waived for appeal his claim that the administrative law judge (ALJ) did not consider his obesity as an impairment, by failing to allege any functional limitation from obesity in his application for benefits or during the hearing. *See id.* at 814. Similarly, this court has held that an ALJ is not obligated to investigate a claim that was not presented in the benefit application or offered at the administrative hearing as a basis for disability. *See Pena v. Chater*, 76 F.3d 906, 909 (8th Cir. 1996). The judgment of the district court is affirmed.

_____

[1]The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).